USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL GERVACIO ANGELES, individually, and
MANUEL GERVACIO ANGELES, on behalf of others
similarly situated,

Plaintiffs,

-against-

180 EXPRESS DELI CORP., d/b/a 180 EXPRESS DELI, ALI
MOHAMED, and MOHAMED ALQUSHI,

Defendant.

1:19-cv-08809-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic post-discovery conference in this matter on February 23, 2021. Mr. Jesse Barton appeared on behalf of Plaintiff, and Mr. David Druckman appeared on behalf of Defendant. Mr. Druckman joined the conference ten minutes late, after the Court contacted him to remind him of the conference. Mr. Druckman represented that he believed that he did not need to appear because he had received notice from another attorney that Defendants were substituting counsel. Mr. Druckman explained that he forwarded substitute counsel all discovery and assumed he had been relieved from the matter. He did not file a motion to withdraw or request to substitute counsel and remains counsel of record for Defendant.

Pursuant to the Case Management Plan, the deadline to complete fact discovery has passed. At the conference, Plaintiff represented that it does not seek any discovery, notwithstanding Defendants' failure to produce discovery, and does not intend to file any motions.

IT IS HEREBY ORDERED that on or before **February 26, 2021**, Mr. Druckman shall resolve the issues of representation with substitute counsel and file either a motion to withdraw or a request to substitute counsel.

IT IS FURTHER ORDERED that within five business days of the mediation scheduled for March 31, 2021, the parties shall file a joint letter on the status (not substance) of mediation and settlement discussions.  Specifically, counsel shall advise the Court whether the mediation took place, who attended, whether it was successful, whether the parties continue to engage in settlement discussions, or whether discussions have broken down.  If the parties do not reach a settlement agreement at the mediation, Plaintiff shall advise the Court in the joint letter how it wishes to proceed with the prosecution of this case.

**Failure to comply with deadlines or other terms of this Order may result in sanctions, including preclusion or dismissal of claims or defenses or referral to the Southern District's Committee on Grievances.**

**SO ORDERED.**

**Date:  February 23, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2