UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021
```

MANUEL GERVACIO ANGELES, individually, and MANUEL GERVACIO ANGELES, on behalf of others similarly situated,

Plaintiffs,

-against-

180 EXPRESS DELI CORP., d/b/a 180 EXPRESS DELI, ALI MOHAMED, and MOHAMED ALQUSHI,

Defendant.

1:19-cv-08809-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has received status reports from the parties stating that mediation was unsuccessful. [ECF Nos. 66–67.] Plaintiff advises that it wishes to proceed to a jury trial and requests 60 days to submit a proposed joint pretrial order. [ECF No. 66.] Defendants 180 Express Deli Corp. and Mohamed Alqushi insist that discovery is ongoing and request that the Court enter a discovery schedule. [ECF No. 67.]

IT IS HEREBY ORDERED that all parties shall appear at a status conference on May 25, 2021, at 1:00 PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

The Clerk of Court is respectfully requested to mail a copy of this Order and docket entries 66 and 67 to *pro se* Defendant Ali Mohamed at the following address:

> Ali Mohamed c/o 180 Express Deli Corp.
> 906 E. 180th Street
> Bronx, NY 10460.

**SO ORDERED.**

**Date: May 6, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**