USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
MANUEL GERVACIO ANGELES, *individually,*
*and on behalf of others similarly situated,*

                      Plaintiff,

           -v-

180 EXPRESS DELI CORP., *et al.*,

                     Defendants.
------------------------------------------------------------------X

**ORDER**

19-CV-8809 (MKV) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated May 25, 2021 (Dkt. No. 71), Judge Vyskocil referred this case to me for settlement. The parties are directed to advise the Court within 30 days when they wish to schedule the settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court. In light of the COVID-19 pandemic, any settlement conference in the foreseeable future will likely be conducted telephonically. Using the Court's conference line system, the Court will begin the settlement conference in joint session with all parties on the line before

1

breaking into private session and speaking to the parties individually, as the technology the Court is using can facilitate breakout sessions with each side.

If the parties wish to have the Court provide a video platform (Microsoft Teams) and not simply proceed telephonically, they may so advise the Court by letter and the Court will then schedule a conference to discuss logistics.

**SO ORDERED.**

Dated: May 26, 2021
     New York, New York

_____
JAMES L. COTT
United States Magistrate Judge